## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | |
|---|---|
| ROOSEVELT HUNTER AND ALMEDA ROBINSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO: 19-180 ) |
| D & D TRANSPORT, INC.; DAN LOCKWOOD HERRINGTON, et al., | ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

COME NOW, Defendants D & D Transport, Inc. (hereinafter "D&D") and Dan Lockwood Herrington ("Herrington"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and hereby remove this action filed by Plaintiffs Roosevelt Hunter and Almeda Robinson in the Circuit Court of Mobile County, to the United States District Court for the Southern District of Alabama, Mobile Division.  In support of this Notice, Defendants show the following:

### A.       PROCEDURAL BACKGROUND

1.       Any civil case filed in state court may be removed by the defendants to federal court if the case could have originally been brought in federal court. 28 U.S.C. § 1441(a).

2.       This action was commenced by Plaintiffs on December 5, 2018, in the Circuit Court of Mobile County, Alabama, Case No. 02-CV-2018-903086.00. The documents attached hereto as **Exhibit A** constitute all of the process and pleadings served and filed in this action to date, pursuant to 28 U.S.C. § 1446(a).

3.      This Notice of Removal is filed in the United States District Court for the Southern District of Alabama, within the district and division embracing the place where the state court case was filed as required by 28 U.S.C. § 1441(b).

4.      Defendants received Plaintiffs' settlement demand letters with a portion of supporting documents on March 4, 2019 via email correspondence.

5.      Defendants received a CD in the mail containing the demand letters and the remaining supporting documents as to each Plaintiff on or around March 7, 2019.

6.      Upon receipt of the entire supporting documents, on or around March 7, 2019, it became clear that the amount in controversy exceeded $75,000.00 for each Plaintiff.

7.      Defendants received additional supporting documents of medical bills from Plaintiffs via email correspondence on March 11, 2019 supporting this conclusion.

8.      This Notice of Removal is filed within the period of time required by 28 U.S.C. § 1446(b).

9.      Promptly after the filing of this Notice, Defendant D&D is filing a copy with the Clerk of the Circuit Court for Mobile County, Alabama as required by 28 U.S.C. § 1446(d).

## B.      DIVERSITY OF THE PARTIES

10.     For purposes of diversity jurisdiction, citizenship of the parties is determined as of the time the complaint is filed. *Harris v. Garner*, 216 F.3d 970, 983 (11th Cir. 2000) (quoting and citing *Freeport-McMoRan, Inc. v. KN Energy, Inc.*, 498 U.S. 426, 428 (1991); *Wichita R.R. & Light Co. v. Public Utilities Comm'n of Kansas*, 260 U.S. 48, 54 (1922)).

11.     An individual, for diversity jurisdiction purposes, is a citizen of a State if he or she is a citizen of the United States and a domiciliary of that State. *Jones v. Law Firm of Hill &*

*Ponton*, 141 F. Supp. 2d 1349, 1355 (M.D. Fla. 2001).  Domicile is determined by two factors: residence and intent to remain.  *Id.; Scoggins v. Pollock*, 727 F.2d 1025, 1026 (11th Cir. 1984).

12.     A corporation, for diversity jurisdiction purposes, is deemed to be a citizen of both its state of incorporation and the state where it maintains its principal place of business.  28 U.S.C. § 1332(c)(1).  A corporation's principal place of business is "the place where the corporation's officers direct, control, and coordinate the corporation's activities."  *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).  *See also Annon Consulting, Inc. v. Bionitrogen Holdings Corp.*, 2016 U.S. App. LEXIS 9695, at *3 (11th Cir., May 27, 2016).  In practice, this should normally be where the corporation maintains its headquarters.  *Id.*

13.     Plaintiffs are both citizens of the State of Alabama.  Plaintiff Hunter Roosevelt is, on information and belief, a United States citizen and resides in Mobile County, Alabama. Plaintiff Almeda Robinson is, on information and belief, a United States citizen and resides in Mobile County, Alabama. (Compl. ¶ 1).

14.     Defendant Dan Lockwood Herrington is a United States citizen and resides in Lauderdale County, Mississippi.  Thus, Defendant Herrington is a citizen of the State of Mississippi.

15.     Defendant D&D is a privately held corporation incorporated and operating under the laws of Mississippi. The company's principal place of business is located in Meridian, Mississippi. Thus, Defendant D&D is a citizen of the State of Mississippi.

16.     Accordingly, the parties are completely diverse in accordance with 28 U.S.C. § 1332.

### C.    THE AMOUNT IN CONTROVERSY

17.    In order to be removable, there must be at least $75,000 in controversy, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a).

18.    Upon receipt of the supporting documents from Plaintiffs, it became clear that the amount in controversy exceeded $75,000.00 for each Plaintiff. Plaintiffs have made a settlement demand that exceeds the amount in controversy threshold.

### D.    CONCLUSION

19.    Defendants have satisfied all procedural requirements with respect to timing, diversity of citizenship and amount in controversy, and removal is therefore proper. *See* 28 U.S.C. §§ 1332, 1441, and 1446.

WHEREFORE, PREMISES CONSIDERED, Defendants pray this cause, now pending before the Circuit Court of Mobile County, Alabama, be removed to the United States District Court for the Southern District of Alabama, Mobile Division.

Respectfully submitted this the 5th day of April, 2019.

BRETT A. ROSS          ROS024
E. GLENN SMITH, JR      SMI298
ELIZABETH L. PRATT      PRA018
Attorneys for Defendants D&D Transport, Inc. and
Dan Lockwood Herrington

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057
Email: bross@carrallison.com
       epratt@carrallison.com

**CARR ALLISON**
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
Telephone: (251) 626-9340
Facsimile: (251) 626-8928
Email: gsmith@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2019, I have served a true and correct copy of the above and foregoing Notice of Removal on counsel for all represented parties by:

\_\_\_\_\_ Facsimile transmission;
\_\_\_\_\_ Hand Delivery;
\_\_X\_\_ Email;
\_\_\_\_\_ Placing a copy of same in the United States Mail, properly
      addressed and first class postage prepaid to; and/or
\_\_\_\_\_ Using the Alafile or CM/ECF system which will send notifications
      of such to the following:

Alex W. Zoghby
Law Office of Alex W. Zoghby
2601 Dauphin Street
Mobile, AL 36606
251-479-1979
azoghby@zoghbylaw.com

OF COUNSEL