# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ROOSEVELT HUNTER and ALEMDA ROBINSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO.: 19-180-JB-C |
| D & D TRANSPORT, INC., DAN LOCKWOOD HERRINGTON, *et al*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)(3) and dated May 24, 2019, is **ADOPTED** as the opinion of this Court. The Plaintiffs' Motion to Remand (Doc. 3) is therefore **GRANTED** and this action is **REMANDED** to the Circuit Court for Mobile County, Alabama for further proceedings.

**DONE** this 19th day of June, 2019.

              s/JEFFREY U. BEAVERSTOCK
              **UNITED STATES DISTRICT JUDGE**